UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-212 (DWF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE JIMENEZ DEL CARMEN,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-212 (DWF)

Defendant Name

Rene Jimenez Del Carmen

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Nicole A. Engisch

Dated: September 5, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332